# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-5587-AG (JCR) | Date | April 4, 2008 |
|---|---|---|---|
| Title | JEFFREY THOMAS DAVIS v. THE STATE OF CALIFORNIA | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Deb Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS FOR FAILURE TO PROSECUTE**

On August 30, 2007, the Court dismissed Petitioner Jeffrey Thomas Davis' ("Petitioner's") Petition with leave to amend on the ground that the Petition appears unexhausted and failed to name the proper respondent. Petitioner was ordered to file a First Amended Petition on the approved Central District habeas form within thirty (30) days of the date of the August 30, 2007, Order, correcting the deficiency.

On December 14, 2007, the Court, *sua sponte*, extended the time in which Petitioner may file his First Amended Petition, and ordered that it be filed no later than fourteen (14) days from the date of the December 14, 2007, Order.

In light of Petitioner's failure to file a First Amended Complaint, within fourteen (14) days of the date of the December 14, 2007, Order, Petitioner is **ORDERED** to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and failure to comply with the Court's December 14, 2007, Order or (b) file a First Amended Petition in compliance with the Court's August 30, 2007, Order. The clerk is directed to send Petitioner a blank Central District habeas petition form. The First Amended Petition should be complete in and of itself and should not refer to any previous filings. If Petitioner elects to file a First Amended Petition, the amended petition should correct the above-mentioned deficiencies, reflect the same case number, be clearly labeled "First Amended Petition," and be filled out completely.

Petitioner is forewarned that, if he fails to respond within **thirty (30) days** of the date of this Order, the Court will deem such failure as further evidence of a lack of prosecution on Petitioner's part that may result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5587-AG (JCR) | Date | April 4, 2008 |
|---|---|---|---|
| Title | **JEFFREY THOMAS DAVIS v. THE STATE OF CALIFORNIA** | | |

**IT IS SO ORDERED.**

Initials of Preparer   dts