FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS DAVIS, | Case No. CV 07-05587-AG (JCR) |
| Petitioner, | |
| v. | JUDGMENT |
| THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 22, 2008

ANDREW J. GUILFORD
United States District Judge